# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JAMES CRAFT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CALIFORNIA STATE DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　Respondent. | Case No. CV 10-4661-VBF (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed without prejudice.

DATED: 7-28-10

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE